| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 4:18CR00109-003 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:22-cr-38 (1) RP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District of Texas | Sherman Division |

| | NAME OF SENTENCING JUDGE |
|---|---|
| Andrew Valdez Meza, Jr. | Honorable Amos L. Mazzant, III |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 10/15/2021 | 10/14/2024 |

**OFFENSE**

Conspiracy to Distribute and Possess with the Intent to Distribute Morphine, in violation of 21 U.S.C. § 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Eastern _____ DISTRICT OF _____ Texas _____

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Western District of Texas _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

| 2.23/2022 | *Amos M. Mazzant* |
|---|---|
| *Date* | Amos L. Mazzant, III |
| | *United States District Judge* |

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Western _____ DISTRICT OF _____ Texas _____

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 03/01/2022 | |
|---|---|
| *Effective Date* | *United States District Judge* |